1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE MENDOZA, | ) Case No. CV 10-1915 MRW |
| Plaintiff, | ) JUDGMENT |
| vs. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

The decision of the Administrative Law Judge is AFFIRMED.  Judgment shall be entered in favor of Defendant.

DATE: September 28, 2011

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE